NASBURT J. BRIDGEMAN, Respondent, v. FRANK L. SHEFFIELD and HAROLD SHEFFIELD, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

GEORGE L. REED, as Administrator, etc., of EDSON MERWIN REED, Deceased, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order reversed on the law and facts, with costs, and complaint dismissed, with costs, on the ground that the finding of the jury that the defendant was negligent is contrary to and against the weight of the evidence. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

SAMUEL ELLIS, as Executor, etc., of OWEN WILLIAMS, Deceased, Appellant, v. HUGH WILLIAMS, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

OLIVER GATES GRIDLEY, Respondent, v. JOHN W. GATES and Another, as Executors and Trustees, etc., of HELEN M. GRIDLEY, Deceased, Respondents, Impleaded with GEORGE L. GRIDLEY and Another, Appellants; FREDERICK W. BETTS, as Trustee, etc., Respondent, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ. [See Matter of Gridley, ante, pp. 579, 873]

In the Matter of Proving the Last Will and Testament of ANTONINA SZABLETA, Deceased.— Decree affirmed, with costs to respondent against the appellant. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Proceeding under the Grade Crossing Elimination Act, Applicable to the City of Buffalo,█ for the Elimination of the Existing Highway-Railroad Crossings at Grade of the Railroad Operated by Buffalo, Rochester and Pittsburgh Railway Company and Hopkins Street and Marilla Street, in the City of Buffalo, Erie County. (Case No. 4784.) THE BUFFALO, ROCHESTER AND PITTSBURGH RAILWAY COMPANY, Appellant; THE CITY OF BUFFALO and Another, Respondents.— Orders affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Claim of JULIA A. COTTER against the Estate of WILLIAM E. DIGNAN, Deceased.— Decree affirmed, with costs payable out of the estate. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

FARMERS AND MERCHANTS BANK OF WILLIAMSTON, NORTH CAROLINA, Respondent, v. WILLIAM G. PENNYPACKER, 3D, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.